FILED
NOV X 1 2007
Nov. 1, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JH

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Syed Zeeshan ALI (A75-553-475)<br><br>Plaintiff,<br><br>vs.<br><br>Peter D. KEISLER, Acting Attorney General of the United States;<br>Michael CHERTOFF, Secretary, Department of Homeland Security;<br>Emilio T. GONZALEZ, Director, U.S. Citizenship and Immigration Services;<br>Donald FERGUSON, Acting District Director, U.S. Citizenship and Immigration Services; and<br>Robert S. MUELLER, III, Director, Federal Bureau of Investigation;<br><br>Defendants. | 07CV6186<br>JUDGE HART<br>MAG. JUDGE COX<br><br>COMPLAINT FOR JUDICIAL NATURALIZATION UNDER 8 U.S.C. § 1447(b) |

**COMPLAINT**

This suit complains that the various Defendants have unreasonably delayed and failed to perform legally required non-discretionary ministerial actions to complete the processing of Syed Zeeshan Ali's properly filed and meritorious application for naturalization. Plaintiff, Mr. Ali, by and through undersigned counsel, alleges the following:

**Jurisdiction and venue.**

1. The Court has jurisdiction in this action pursuant to the following statutory provisions: 28 U.S.C. § 1331; 8 U.S.C. § 1447(b) (jurisdiction to review application for naturalization); and 28 U.S.C. § 1361 (mandamus jurisdiction).

1

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e). The Defendants are officers or employees of the United States or agencies of the United States acting in their official capacity. The Plaintiff resides in this district and no real property is involved in this action. The events or omissions giving rise to the claim largely occurred in this district in that the Chicago District Office of the U.S. Citizenship and Immigration Services processed and interviewed the Plaintiff on his application for naturalization.

**Parties.**

3. Plaintiff Syed Zeeshan ALI has been a lawful permanent resident of the United States since June 16, 2000. *See* Exhibit 1 (Copy of LPR card). He has applied to become a naturalized U.S. citizen. *See* Exhibit 2 (Copy of Form I-797C, Notice of Action, N-400 Receipt Notice). Mr. Ali is employed as a banking officer for Devon Bank in Chicago. He currently resides within the jurisdiction of this Court. *See* Exhibit 3 (Copy of Illinois Driver's License).

4. Defendant Peter D. KEISLER is sued in his official capacity as the Acting Attorney General of the United States. The Attorney General has the sole authority to naturalize persons as citizens of the United States. *See* 8 U.S.C. § 1421(a).

5. Defendant Michael CHERTOFF is sued in his official capacity as the Secretary of the Department of Homeland Security. The Secretary of Homeland Security is responsible for the administration and enforcement of laws related to the naturalization of foreign nationals. *See* 8 U.S.C. § 1103(a)(1)

6. Defendant Emilio GONZALEZ is sued in his official capacity as the Director of the U.S. Citizenship and Immigration Services (USCIS). He is responsible for the administration

of the USCIS, the agency under the Department of Homeland Security that adjudicates applications for naturalization.

7. Defendant Donald FERGUSON is sued in his official capacity as the Acting District Director of the U.S. Citizenship and Immigration Services for the Chicago District. He is responsible for the administration of the USCIS in the Chicago District pursuant to 8 C.F.R. §§ 310.2, 316.3.

8. Defendant Robert S. MUELLER, III is sued in his official capacity as the Director of the Federal Bureau of Investigation (FBI). He is ultimately responsible to conduct background checks on applicants for naturalization when requested by the USCIS.

## Statement of the facts.

9. On January 31, 2005, Mr. Ali filed an application for naturalization (Form N-400) with the USCIS. *See* Exhibit 2 (Copy of Form I-797C, Notice of Action, N-400 Receipt Notice). On April 1, 2005, he appeared for a biometrics appointment as required for the adjudication of his application for naturalization. *See* Exhibit 4 (Biometrics Notice).

10. On June 8, 2005, a USCIS officer interviewed Mr. Ali on his application. *See* Exhibit 5 (Copy of Form I-797C, Notice of Action, Request for Applicant to Appear for Naturalization Initial Interview); Exhibit 6 (Copy of Form N-652, Naturalization Interview Results).

11. At his interview, Mr. Ali passed the tests of English and U.S. history and civics as required by 8 U.S.C. § 1423. He is eligible to become a U.S. citizen, but was informed that "A decision cannot yet be made about your application." *See* Exhibit 6.

12. Since the interview, the Defendants have taken no action to complete the processing of Mr. Ali's application for naturalization. He is anxious to become a U.S. citizen so that he

will be eligible under 8 U.S.C. 1154(a)(1)(A)(i) to petition for his parents to become lawful permanent residents of the United States. He also wishes to be a full participant in the life of the United States, which is his chosen country, to vote and to travel freely.

13. Mr. Ali has made numerous inquiries and requests to the Defendants to adjudicate his application in a timely fashion. On November 30, 2006 and on February 5, 2007, Mr. Ali's former attorney filed status inquiry forms with the USCIS regarding Mr. Ali's pending Form N-400. On April 23, 2007, USCIS Supervisory Program Specialist, Fairy D. White, responded to Mr. Ali's attorney's February 5, 2007 inquiry with the following information:

> The processing of your client's case has been delayed. A check of our records establishes that his case is not yet ready for a decision, as the required investigation into his background remains open.... Unfortunately, we are unable to provide you information on when the background check will be completed. Until the background investigation is completed, we cannot move forward on his case.

*See* Exhibit 7 (Copies of status inquiry requests and USCIS response).

14. On October 26, 2007, undersigned counsel for Mr. Ali appeared for an "InfoPass Appointment" with USCIS to inquire about his case. *See* Exhibit 8 (Copy of InfoPass Appointment notice for October 26, 2007). The USCIS agent informed her that Mr. Ali's N-400 application and the requisite background checks were pending.

**Causes of action.**

Count 1: Declaration of naturalization pursuant to 8 U.S.C. § 1447(b).

15. Count 1 is brought against Defendants Keisler, Chertoff, Gonzalez and Ferguson as the persons who were responsible for the processing of Mr. Ali's application for naturalization.

16. Mr. Ali is statutorily eligible in all respects to have his naturalization application approved and to have an oath of citizenship administered for him to become a U.S. citizen. He previously provided the Defendants with his fingerprints and Defendants have no substantive reason to deny or further delay the adjudication of his application.

17. On information and belief, the USCIS's own internal policies restrain it from either approving or denying Mr. Ali's application until the FBI has completed its investigation. But the Immigration and Nationality Act's naturalization provisions do not require Mr. Ali to wait an indefinite amount of time. To the contrary, the statute requires the USCIS to complete its processing within 120 days of the naturalization interview. More than 120 days have passed since the interview. The Defendants' failure to make a determination on the application for naturalization, and Mr. Ali's filing of this complaint provide this Court with exclusive jurisdiction under 8 U.S.C. § 1447(b) to determine the application for naturalization, or to order the agency to promptly determine the application. *See United States v. Hovsepian*, 359 F.3d 1144 (9th Cir. 2004); *Meraz v. Comfort*, 2006 U.S. Dist. LEXIS 19591 (N.D. Ill. Mar. 9, 2006).

18. Mr. Ali requests a hearing, a judicial determination of his naturalization application, and a declaration that he is entitled to be naturalized as a citizen of the United States.

Count 2: Mandamus - Request for completion of background checks.

19. Count 2 is brought against Defendant Mueller in his official capacity as Director of the FBI as the person who is ultimately responsible for completing the background check in Mr. Ali's case.

20. Defendant Mueller owes a duty to Mr. Ali to complete his background check in a timely manner. Mr. Ali has the right to have this background check completed and to receive a

5

decision on his application for naturalization in a timely manner. Completing the background check is a ministerial act that does not involve the exercise of discretion.

21. Defendant Mueller is violating his duty by refusing to undertake and complete Mr. Ali's background check in a reasonable amount of time, and by failing to communicate the results of such background checks to the USCIS.

22. The amount of time Mr. Ali has had to wait for the Defendants to perform their ministerial duty, close to three years, is excessive. Numerous other naturalization applicants have been naturalized even though they were also subject to the same types of background checks.

23. Mr. Ali has exhausted all available administrative remedies and sought to resolve the matter informally with Defendants as described in paragraphs 9, 10, 11, 13, and 14.

24. Mr. Ali needs to have his background check completed immediately to allow him to naturalize to become a U.S. citizen. He is suffering from severe legal disabilities and actual personal hardships until this is done.

### Prayer for relief

WHEREFORE, Plaintiff, Syed Zeeshan Ali, prays that:

1. The Court will hear Mr. Ali's case and render a declaratory judgment that he is entitled to be naturalized;

2. The Court will order an immediate date for naturalization of Mr. Ali and will oversee the actual naturalization of Mr. Ali; and

3. The Court grant such further relief, including attorney fees and costs of this action, as may be just, lawful, and equitable.

Filed: November 1, 2007

_Kathryn Renée Weber_
Kathryn R. Weber
Attorney for Syed Zeeshan Ali

_Scott D. Pollock_
Scott D. Pollock
Attorney for Syed Zeeshan Ali

Kathryn R. Weber
Scott D. Pollock
Scott D. Pollock & Associates, P.C.
105 West Madison Street, Suite 2200
Chicago, Illinois 60602
Telephone: (312) 444-1940
Fax: (312) 444-1950





PERMANENT RESIDENT CARD
NAME ALI, SYED
INS A# 075-553-475
Birthdate    Category    Sex
05/31/78     IR6          M
Country of Birth
Pakistan
CARD EXPIRES 09/13/11
Resident Since 09/16/00

C1USA0755534754LIN9922750383<<
7805318M1109139PAK<<<<<<<<<<9
ALI<<SYED<<<<<<<<<<<<<<<<<<<



EXHIBIT
1

Department of Homeland Security  
U.S. Citizenship and Immigration Services

N3 C—

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

— FILE ANOTHER APPLICATION —

| Receipt with Exception | NOTICE DATE: February 07, 2005 |
|---|---|
| CASE TYPE: N400  Application For Naturalization | INS A# A 075 553 475 |
| APPLICATION NUMBER: LIN*000744400 | RECEIVED DATE: January 31, 2005 | PRIORITY DATE: January 31, 2005 | PAGE: 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS:  
SYED ZEESHAN ALI  
8548 KARLOV  
SKOKIE IL 60076

**PAYMENT INFORMATION:**

Single Application Fee: $390.00  
Total Amount Received: $390.00  
Total Balance Due: $0.00

The above application has been received by our office and is in process, but has been noted with one or more of the following exception(s):

Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence by mail.

[Stamp: RECEIVED MAR 11 2005 P.M.]

Our records indicate your personal information is as follows:  
Date of Birth:    May 31, 1978  
Address Where You Live:   8548 KARLOV  
                           SKOKIE IL 60076

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 540 days of this notice.

IMPORTANT NOTICE:    All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

INS Office Address:  
US IMMIGRATION AND NATURALIZATION SERVICE  
PO BOX 87400  
LINCOLN NE 68501

INS Customer Service Number:  
(800) 375-5283

APPLICANT COPY

**EXHIBIT 2**

LINS000697219



EXHIBIT 3

Department of Homeland Security
 and Immigration ...

**I-797C, Notice of Action**

| Fingerprint Notification | | | NOTICE DATE
February 21, 2005 |
|---|---|---|---|
| N400 Application For Naturalization | | | INS A#
A 075 553 475 |
| CASE TYPE | RECEIVED DATE
January 31, 2005 | PRIORITY DATE
January 31, 2005 | PAGE
1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

SYED ZEESHAN ALI
8548 KARLOV
SKOKIE IL 60076

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire ... be address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER
INS HARLEM
4701 N CUMBERLAND AVE
SUITE B-D
NORRIDGE IL 60706 | DATE AND TIME OF APPOINTMENT
04/01/2005
02:00 PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available: ☐ Wednesday afternoon ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS HARLEM
4701 N CUMBERLAND AVE
SUITE B-D
NORRIDGE IL 60706

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY

APPLICATION NUMBER
LIN*000744400

**WARNING!**
Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation ... the fingerprint worksheet should accompany you.

EXHIBIT 4

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

Request for Applicant to Appear for Naturalization Initial Interview

| | |
|---|---|
| **NOTICE DATE** | April 21, 2005 |
| **CASE TYPE** N400   Application For Naturalization | **INS A#** A 075 553 475 |
| **APPLICATION NUMBER** LIN*000744400 | **RECEIVED DATE** January 31, 2005 | **PRIORITY DATE** January 31, 2005 | **PAGE** 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
SYED ZEESHAN ALI
8548 KARLOV
SKOKIE IL 60076

**Please come to:**
CHICAGO CUSA OFFICE
536 S. CLARK -- 3RD FLOOR
CITIZENSHIP OFFICE
FIRST FLOOR
CHICAGO IL 60605

**On (Date):** Wednesday, June 08, 2005
**At (Time):** 09:45 AM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time. The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed Form N-648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CITIZENSHIP OFFICE
539 SOUTH LA SALLE
CHICAGO IL 60605-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY


EXHIBIT 5

Form I-797C (Rev. 08/31/04) N

Department of Homeland Security  
U.S. Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#: 75 553 425

On **JUN 0 8 2005**, you were interviewed by USCIS officer **DeSomer**

☒ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the intructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturlaization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) **X** A decision cannot yet be made about your application.

It is very important that you:

☒ Notify USCIS if you change your address

☒ Come to any scheduled interview.

☒ Submit all requested documents.

☒ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☒ Go to any Oath Ceremony that you are scheduled to attend.

☒ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

EXHIBIT 6

Form N-652 (Rev. 01/14/05)N

U.S. Department of Homeland Security
Washington, DC 20529



U.S. Citizenship
and Immigration
Services

HQCIS 181/48.2-C

APR 2 3 2007

Mr. Christopher W. Helt
Law Offices of Christopher W. Helt
1754 West Lunt Avenue
Chicago, IL 60626

Ref: Syed Zeeshan Ali

Dear Mr. Helt:

Thank you for your correspondence dated February 5, 2007 to the Citizenship and Immigration Services (USCIS). The following response is provided for your information/action.

The processing of your client's case has been delayed. A check of our records establishes that his case is not yet ready for a decision, as the required investigation into his background remains open.

Unfortunately, we are unable to provide you information on when the background check will be completed. Until the background investigation is completed, we cannot move forward on his case. These background checks are required to be completed on all applicants who apply for the immigration benefit he is seeking. We will make every effort to make a decision on this case, as soon as the background checks are completed. We request his patience in waiting. If he does not receive a decision, or other notice of action from us within 6 months of the date of this letter, please contact customer service at 1-800-375-5283.

We trust that this information is helpful.

Sincerely,

Fairy D. White
Supervisory Program Specialist
Customer Assistance Office
U.S. Citizenship and Immigration Services

www.uscis

EXHIBIT
7



Law Offices of Christopher W. Helt & Associates
1754 West Lunt Avenue
Chicago, Illinois 60626

USCIS, Correspondence Unit
P.O. Box 360
Chicago, IL 60690

$00.63 FEB 05 07
PB8722266
MAILED FROM CHICAGO IL 60626



# DEPARTMENT OF HOMELAND SECURITY
U.S. Citizenship and Immigration Services
Chicago District Office

## STATUS INQUIRY FORM

DATE: 11/20/2006

### CORRESPONDENCE DETAILS

On Behalf of (Applicant):

A Number: A# 75 553 475

Name: ALI   Syed   Zeeshan
       Last   First   Middle

Mailing Address: 9548 Karlov Ave

City: Skokie   State: IL   Zip Code: 60077

Daytime Phone Number: 847 757 5576

Country of Birth: Pakistan   Date of Birth: _____

☐ Check here if inquirer is same as applicant
  (DO NOT complete the following if box is checked)

Type of Inquiry:
☐ Applicant  ☑ Attorney  ☐ CBO

Name: HELT   CHRISTOPHER   W.
      Last   First   Middle

Firm/Organization: LAW OFFICES OF CHRISTOPHER W. HELT

Mailing Address: 1754 W LUNT

Suite # or Apt. #: _____

City: CHICAGO   State: IL   Zip Code: 60626

Phone No.: 312 206 0521

### CORRESPONDENCE INFORMATION

Class: GENERAL   Request Type (check all that apply): ☑ Address Change  ☐ General  ☐ Received Documents

Type of Application (check one): ☐ Adjustment of Status  ☐ Citizenship

Form Filed:
☐ I-130   ☐ I-485   ☐ I-797   ☐ I-765   ☐ I-824
☐ N-336   ☑ N-400   ☐ N-565   ☐ N-600   ☐ N-643   ☐ Other

Inquiry pertains to (check one): ☐ Interview  ☑ Oath  ☐ Fingerprinting

Additional Comments: _____

Applicant Signature: _____   Date: 11/20/2006

MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT

MAIL INQUIRIES TO: USCIS, CORRESPONDENCE UNIT, P.O. BOX 3655, CHICAGO, IL 60690
FAX INQUIRIES TO: (312) 789-xxxx

Revised 09/18/06 yv

Law Offices of Christopher W. Helt & Associates
1754 West Lunt Avenue
Chicago, Illinois 60626

USCIS Correspondence Unit
P.O. Box 3616
Chicago IL 60690



|  |  |
|---|---|
| Name: | **Syed Zeeshan Ali** |
| Appointment Type: | Speak to immigration officer |
| Confirmation No.: | **CHI-07-28593**    Authentication Code: **f236** |
| Appointment Date: | **October 26, 2007** |
| Appointment Time: | **10:30 AM** |
| Location: | 101 W. CONGRESS PARKWAY, Chicago, IL 60605; LOBBY |

**This is your Confirmation Number:**



*CHI-07-28593*

**If you wish to cancel this appointment, you will need the following Personal Identification Number:**
**59890**

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order that we may serve you more efficiently, we recommend that you bring all applicable immigration forms, letters, receipts and supporting documents. If translations are used, they should be certified. Please bring the original documents as well.



EXHIBIT 8

https://infopass.uscis.gov/infopass.php                                    10/12/2007