
AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Syed Zeeshan ALI

V.

Peter D. Keisler et al

CASE NUMBER: **07C 6186**

ASSIGNED JUDGE: **JUDGE HART**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

Emilio T. Gonzalez
Director, U.S. Citizenship and Immigration Services
U.S. Citizenship and Immigration Services
425 I Street NW
Washington, DC 20536

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kathryn R. Weber
Scott D. Pollock & Associates, P.C.
105 West Madison Street, Suite 2200
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: NOV 0 1 2007

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 11/2/07 |
| NAME OF SERVER (PRINT) Natasha Ruser | TITLE legal assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

**FILED**
NOV 0 2 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☒ Other (specify): By certified mail, return receipt requested, to Emilio T. Gonzalez, Director U.S. Citizenship & Immigration Services, 425 I Street NW, Washington, D.C. 20536

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/2/07
       Date

Signature of Server

Address of Server

c/o Scott D. Pollock
& Associates, P.C.
105 W. Madison St. Suite #2200
Chicago, IL 60602-4648
Phone: (312) 444-1940

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.