AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Syed Zeeshan ALI

V.

Peter D. Keisler et al

CASE NUMBER: **07C 6186**

ASSIGNED JUDGE: **JUDGE HART**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

Donald Ferguson
Acting District Director
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
101 W. Congress Parkway
Chicago, IL 60605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kathryn R. Weber
Scott D. Pollock & Associates, P.C.
105 West Madison Street, Suite 2200
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 0 1 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11/2/07 |
| NAME OF SERVER (PRINT) Natasha Ruser | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

**FILED**
NOV 0 2 2007
11-2-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(G) Other (specify): _By certified mail, return receipt requested, to: Donald Ferguson, Acting District Director, U.S. Citizenship & Immigration Services, U.S. Dept of Homeland Security, 101 W. Congress Pkwy, Chicago, IL 60605_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/2/07
  Date

_Signature of Server_

_Address of Server_

c/o  Scott D. Pollock
& Associates, P.C.
105 W. Madison St. Suite #2200
Chicago, IL 60602-4648
Phone: (312) 444-1940

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.