AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Syed Zeeshan ALI

V.

Peter D. Keisler et al

CASE NUMBER: **07C  6186**

ASSIGNED JUDGE: **JUDGE HART**

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

Robert S. Mueller, III
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kathryn R. Weber
Scott D. Pollock & Associates, P.C.
105 West Madison Street, Suite 2200
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

NOV 0 1 2007
_____
DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11/2/07 | |
| NAME OF SERVER *(PRINT)* Natasha Ryser | TITLE Legal Assistant | |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

**F I L E D**

NOV 0 2 2007

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

(G)  Other (specify): By certified mail, return receipt requested, to:
Robert S. Mueller III, Federal Bureau of Investigation, J. Edgar Hoover Bldg.
935 Pennsylvania Ave., NW, Washington, D.C. 20535-0001

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/2/07 _____    _____
                *Date*                      *Signature of Server*

*Address of Server*

c/o  **Scott D. Pollock**
**& Associates, P.C.**
**105 W. Madison St. Suite #2200**
**Chicago, IL 60602-4648**
**Phone: (312) 444-1940**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.