UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SYED ZEESHAN ALI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  07 C 6186 |
| | ) | |
| PETER D. KEISLER, ACTING ATTORNEY | ) | |
| GENERAL OF THE UNITED STATES, ET | ) | Judge Hart |
| AL., | ) | |
| | ) | |
| Defendant. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated

in the above captioned case.  This designation is provided for informational purposes only and does

not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses.

See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Samuel D. Brooks
    SAMUEL D. BROOKS
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5342

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

      Attorney Designation

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on November 27, 2007, to the following non-ECF filers:

| | |
|---|---|
| Scott D. Pollock | Kathryn Renee Weber |
| Scott D. Pollock & Associates | Scott D. Pollock & Associates |
| 105 West Madison Street | 105 West Madison Street |
| Suite 2200 | Suite 2200 |
| Chicago, IL  60602 | Chicago, IL  60602 |

By:    s/ Samuel D. Brooks
        SAMUEL D. BROOKS
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-5342