UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Syed Zeeshan ALI<br>(A 75-553-475)<br><br>Plaintiff,<br><br>vs.<br><br>Michael B. MUKASEY,<br>Attorney General of the United States;<br>Michael CHERTOFF,<br>Secretary, Department of Homeland Security;<br>Emilio T. GONZALEZ,<br>Director, U.S. Citizenship and Immigration Services;<br>Ruth DOROCHOFF,<br>District Director, U.S. Citizenship and Immigration Services; and<br>Robert S. MUELLER, III,<br>Director, Federal Bureau of Investigation;<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civ. No. 07-6186<br><br>MOTION TO<br>VOLUNTARILY DISMISS<br>COMPLAINT FOR JUDICIAL<br>NATURALIZATION UNDER<br>8 U.S.C. § 1447(b)<br><br>Judge Hart |

MOTION TO VOLUNTARILY DISMISS COMPLAINT FOR JUDICIAL
NATURALIZATION UNDER 8 U.S.C. 1447(b)

Plaintiff, Syed Zeeshan Ali, by and through undersigned counsel, files this Motion to Voluntarily Dismiss Complaint for Judicial Naturalization under 1447(b) and alleges the following:

1. On November 1, 2007, Mr. Ali filed a Complaint for Judicial Naturalization under 8 U.S.C. § 1447(b) against Defendants based on the Defendants' failure to adjudicate his application for naturalization after more than 120 days since his interview with the U.S. Citizenship and Immigration Services. Mr. Ali requested a judicial determination of his

1

naturalization application and a declaration that he is entitled to be naturalized as a citizen of the United States.

2. Mr. Ali's situation has changed since he filed his Complaint for Judicial Naturalization under 8 U.S.C. § 1447(b), and he no longer wishes to pursue his case before this Court.

3. Fed. R. Civ. Pro. 41 provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action."

4. In Mr. Ali's case, the Defendants have not served an answer or a motion for summary judgment.

WHEREFORE, Mr. Ali prays that this Court dismiss his Complaint for Judicial Naturalization under 8 U.S.C. 1447(b).

Filed: January 15, 2008

_____
Kathryn R. Weber
Attorney for Syed Zeeshan Ali

_____
Scott D. Pollock
Attorney for Syed Zeeshan Ali

Kathryn R. Weber
Scott D. Pollock
Scott D. Pollock & Associates, P.C.
105 West Madison Street, Suite 2200
Chicago, Illinois 60602
Telephone: (312) 444-1940
Fax: (312) 444-1950

## CERTIFICATE OF SERVICE

I, Kathryn R. Weber, an attorney, certify that I served a copy of the foregoing Motion to Voluntarily Dismiss Complaint for Judicial Naturalization under 8 U.S.C. § 1447(b) on:

1. Michael B. Mukasey
   U.S. Attorney General
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

2. Michael Chertoff
   Director, Department of Homeland Security
   U.S. Department of Homeland Security
   Washington, DC 20528

3. Emilio T. Gonzalez
   Director, U.S. Citizenship and Immigration Services
   U.S. Citizenship and Immigration Services
   425 I Street NW
   Washington, DC 20536

4. Ruth Dorochoff
   District Director
   U.S. Citizenship and Immigration Services
   U.S. Department of Homeland Security
   101 W. Congress Parkway
   Chicago, IL 60605

5. Robert S. Mueller, III
   Federal Bureau of Investigation
   J. Edgar Hoover Building
   935 Pennsylvania Avenue, NW
   Washington, D.C. 20535-0001

6. Sam Brooks
   Assistant U.S. Attorney
   219 South Dearborn Street
   Chicago, Illinois 60604

via first class U.S. mail, postage prepaid, certified return receipt, on January 15, 2008.

Scott D. Pollock & Associates, P.C.
105 W. Madison St., Suite 2200
Chicago, IL 60602
(312) 444-1940

Kathryn R. Weber

3