# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6186 | **DATE** | 1/16/2008 |
| **CASE TITLE** | Syed Zeeshan Ali vs. Peter D. Keisler, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to voluntarily dismiss complaint [15] is granted. This case is voluntarily dismissed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|